FILED
OCT 19 2012
CLERK, U.S. DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
SOUTHERN DIVISION AT SANTA ANA
BY _____ DEPUTY

JS-6 /ENTER

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA
### WESTERN DIVISION

| | |
|---|---|
| ANTHONY LEON GREENHILL,<br><br>    Petitioner,<br><br>    v.<br><br>FRANCISCO J. QUINTANA, Warden,<br><br>    Respondent. | Case No. CV 12-4244-JFW (MLG)<br><br>JUDGMENT |

IT IS ADJUDGED that the petition is DENIED with prejudice.

Dated: October 19, 2012

_____
John F. Walter
United States District Judge

ENTERED - SOUTHERN DIVISION
CLERK, U.S. DISTRICT COURT
OCT 19 2012
CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY